**Order entered April 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01234-CR

**BRIAN CLONINGER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-59896-V**

## ORDER

On March 18, 2016, this Court ordered court reporter Debi Harris to file a supplemental record containing certain exhibits within ten days. To date, Ms. Harris has neither filed the supplemental record nor communicated with the Court regarding her failure to do so.

Accordingly, we **ORDER** court reporter Debi Harris to file, by **APRIL 18, 2016**, a supplemental record containing State's Exhibit nos. 39, 40, 41, 42, 43, 44, 45, 55, 293, 294, 295, 300, and 313, and Defendant's Exhibit no. 9. If Ms. Harris does not file the supplemental record by the date specified, we will order that she not sit as a court reporter until she files the exhibits in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; court reporter Debi Harris; and to counsel for all parties.

/s/      LANA MYERS
           JUSTICE